832

No. 95–8938. COLLINS v. MARYLAND. Cir. Ct. Somerset County, Md. Certiorari denied.

No. 95–8939. WHITE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–8945. REAMS v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 95–8948. SMITH v. LOCAL UNION 28 SHEET METAL WORKERS ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8951. ROLAND v. McDONNELL DOUGLAS CORP. C. A. 9th Cir. Certiorari denied.

No. 95–8953. SMITH v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 95–8958. GOULD v. PELLELLA ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95–8960. DAVIS v. LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95–8963. HOWARD v. POTTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8967. FORREST v. VASQUEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8968. EBB v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 95–8969. HAGEMAN v. LEASON. C. A. 11th Cir. Certiorari denied.

No. 95–8970. SAWYER v. HICKEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8973. MAYRANT v. GOFF, CLERK, MAGISTRATE'S COURT OF SUMTER COUNTY. Sup. Ct. S. C. Certiorari denied.

No. 95–8974. McCULLOUGH v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.